# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 24, 2015

## NO. 03-13-00692-CV

**Edward Francis Zarnesky, Jr., Appellant**

**v.**

**Kathryn Christine Zarnesky, Appellee**

**APPEAL FROM THE 264TH DISTRICT COURT OF BELL COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD
AFFIRMED IN PART, REVERSED AND REMANDED IN PART --
OPINION BY JUSTICE FIELD**

This is an appeal from the judgment signed by the trial court on August 28, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. The Court reverses the portion of the judgment that divides the marital estate and remands the case to the trial court for further proceedings consistent with the Court's opinion. The Court affirms the remainder of the trial court's judgment. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.